UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CAROLINE BERNHARD, etc., et al.

Plaintiffs,

v. CASE NO. 3:25-cv-662-WWB-SJH

THE SCHOOL BOARD OF PUTNAM COUNTY,

Defendant.
________________________________/

**ORDER**

**THIS CAUSE** is before the Court on Defendant's motion to seal ("Motion"). Doc. 30. On August 4, 2026, Defendant publicly filed a motion for summary judgment, with supporting exhibits. Docs. 29, 29-1–29-10. The Motion seeks to file under seal two additional supporting exhibits to the motion for summary judgment. Doc. 30. The proposed items to be sealed, Docs. 30-1–30-2, are attached to the Motion, which is unopposed, Doc. 30 at 4.

The public has a "common-law right of access to judicial proceedings," which "includes the right to inspect and copy public records and documents." *Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1245 (11th Cir. 2007) (citation omitted). This common-law right of access applies to materials "filed in connection with any substantive pretrial motion, unrelated to discovery[.]" *Id.* (citations omitted). The common-law "right of access is not absolute, however." *Id.* It "may be overcome by a showing of good cause, which requires balanc[ing] the asserted right of access against

the other party's interest in keeping the information confidential." *Id.* at 1246 (citation and quotation marks omitted).

Here, for the reasons stated in the Motion, good cause has been shown at this time for the sealing requests—which pertain to school and medical records of an individual who was a minor at the time the records were made. *See* Doc. 30 at 1–3. Thus, the Motion will be granted. *See, e.g.*, *Piper v. Speedy Wheels Transp., LLC*, No. 6:24-cv-647-AGM-LHP, 2026 WL 450805, at *1–2 (M.D. Fla. Feb. 18, 2026); *J.C. by & through M.C. v. Sch. Bd. of St. Johns Cnty., Fla.*, No. 3:14-cv-1225-J-39JBT, 2015 WL 13735454, at *1 (M.D. Fla. Oct. 22, 2015).

Accordingly, it is **ordered** that the Motion is **granted**. Unless otherwise ordered by the Court, docket entries 30-1 and 30-2 shall remain sealed.

**DONE AND ORDERED** in Jacksonville, Florida, on August 10, 2026.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record